AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA (Northern Division)

SARAH K. THOMPSON, as Administratrix of the
Estate of ROYCE THOMPSON, deceased

V.

TMA Forest Products Group, a subsidiary of
PACTIV; and Louisiana Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv85-A

TO: (Name and address of Defendant)

TMA FOREST PRODUCTS GROUP
c/o The Corporation Company
2000 Interstate Park Drive, Ste 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

Telephone - 662-327-0903
Facsimile - 662-329-4832

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_    2/6/06

CLERK                 DATE

_/s/ Austin_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA (Northern Division)_____

SARAH K. THOMPSON, as Administratrix of the
Estate of ROYCE THOMPSON, deceased

V.

TMA Forest Products Group, a subsidiary of
PACTIV; and Louisiana Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV85-A

TO: (Name and address of Defendant)

Louisiana-Pacific Corporation
c/o United States Corporation Company
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

Telephone - 662-327-0903
Facsimile - 662-329-4832

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        2/6/06

CLERK                                                    DATE

V. Austin

(By) DEPUTY CLERK