- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Lawson_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Lawson
C. Date of Delivery: 2/7/06

1. Article Addressed to:

TMA FOREST PRODUCTS GROUP
c/o The Corporation Company
2000 Interstate Park Drive, Ste 204
Montgomery, AL 36109

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2CV85
SVC

Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 0520 0016 7839 2525

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540