| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *D. Bdwy* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): *D Brown*  C. Date of Delivery: 2/7/06 |
| 1. Article Addressed to:<br><br>Louisiana-Pacific Corporation<br>c/o United States Corporation Co.<br>150 South Perry Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*06 WPS*<br>*STC*<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 0520 0016 7839 2532 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540