IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased, ) ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| v. ) | 2:06-CV-85-WHA |
| ) | |
| TMA FOREST PRODUCTS GROUP, et al., ) ) | |
| Defendants, ) | |

**CONSENT ORDER ENLARGING TIME**
**TO RESPOND TO COMPLAINT**

With the express consent and agreement of counsel for Plaintiff, Defendant Pactiv Corporation and Defendant Louisiana-Pacific Corporation; and

It appearing that the period of time within which Defendants may answer, plead, move, or otherwise respond to Plaintiff's Complaint has not yet expired;

IT IS HEREBY ORDERED, in accordance with Rule 6 of the federal Rules of Civil Procedure, that the time within which Defendants may answer, plead, move, or otherwise respond to Plaintiff's Complaint be enlarged through and including March 22, 2006.

This _____ day of _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT

01299550.1