## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased, <br><br> Plaintiff, <br><br> v. <br><br> TMA FOREST PRODUCTS GROUP, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:06-CV-85-WKW |

## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Pursuant to the rules of the United States District Court for the Middle District of

Alabama, and in order to enable the Judges of this Court to evaluate possible

disqualification or recusal, Defendant Pactiv Corporation states that it has no publicly

traded affiliate, subsidiary or parent corporations.

Respectfully submitted this _28th_ day of _February_, 2006.

_____
H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
Counsel for Defendant Pactiv
Corporation

OF COUNSEL:
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

01302573.1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased, <br><br>     Plaintiff, <br><br> v. <br><br> TMA FOREST PRODUCTS GROUP, et al., <br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:06-CV-85-WKW<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the

within and foregoing **CORPORATE DISCLOSURE STATEMENT** by causing a copy

of same to be deposited in the United States Mail, postage prepaid, and properly

addressed as follows:

*Counsel for Defendant Louisiana-Pacific Corporation:*
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104

*Attorneys for Plaintiffs:*

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

Gregory A. Cade
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL 35222

This _____ day of February, 2006.

_____
OF COUNSEL

01302573.1                                    2