IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PACTIV CORPORATION and )<br>LOUISIANA-PACIFIC CORPORATION, )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-85-WKW |

## **ORDER**

It is ORDERED that the plaintiff shall show cause **on or before April 14, 2006**, why the defendants' motions to dismiss (Doc. # 12 and Doc. # 14) should not be granted in whole or in part.

DONE this the 24th day of March, 2006.

       /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE