IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SARAH K. THOMPSON, as Administratrix
of the Estate of ROYCE THOMPSON, deceased,      PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06CV85-WHA

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,               DEFENDANTS

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now the plaintiff in the above case and moves the Court for an additional ten (10) days in which to show cause why defendants' motion to dismiss or in the alternative, motion for a more definite statement should not be granted. Plaintiff states as follows:

1. This motion and a ten (10) day extension of time for plaintiff's response is unopposed.

2. A ten (10) day extension of time would not prejudice any of the parties.

3. Plaintiff's attorney, W. Eason Mitchell, needed to attend a funeral this morning (April 13, 2006).

4. Plaintiffs brief and supporting documents, if any, will be due on or before Monday, April 24, 2006.

This 13th day of April, 2006.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

OF COUNSEL:

GREGORY A. CADE (CAD010)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222
Telephone: 205-328-9200
Facsimile: 205-328-9206
gregc@elglaw.com

## Certificate of Service

  I, W. Eason Mitchell, hereby certify that on April 13, 2006, I electronically filed the foregoing *Unopposed Motion for Extension of Time* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

  H. Thomas Wells, Jr., Esq.
  John A. Earnhardt, Esq.
  Dennis R. Bailey, Esq.
  R. Austin Huffaker, Esq.

            /s/ W. Eason Mitchell
            W. Eason Mitchell

46255.wpd