IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:06-CV-85-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Time (Doc. # 19) is GRANTED. The date for responding to Defendants' Motion to Dismiss is extended from April 14, 2006, to April 24, 2006.

DONE this the 14th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE