## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 14, 2006

## NOTICE OF DEFICIENCY

**To:  W. Lee Gresham, III**
**Fred R. DeLeon**

**From:  Clerk's Office**

**Case Style: Thompson v. TMA Forest Products Group et al**
**Case Number:  2:06-cv-00085-WKW**

**Referenced Pleading:  2:06-cv-00085-WKW -  Doc. # 18**

**Notice is hereby given that the referenced deficient pleading was filed on 4/13/06 by electronic means and are deficient for  the following reason:**

**The pleading does not contain a signature on the certificate of service.**

**The listed deficiency must be corrected with 10 days from the date of this notice.  Please submit to the Clerk's office by CONVENTIONAL (mail) the certificate of service page of the referenced documents  as explained in the Civil Administrative Procedures, ALONG WITH A COPY OF THIS NOTICE.**

**DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the corrected signed affidavit.**