IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased, | ) ) ) ) Case No. 2:06-cv-85-WKW ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TMA FOREST PRODUCTS GROUP, A Division of Tennessee River Pulp And Paper Company, a Subsidiary of Packaging Corporation of America or PACTIVECORPORATION a/k/a PACTIV;LOUISIANA-PACIFIC CORPORATION;D&D LUMBER COMPANY, INC., d/b/a LOCKHART LUMBER COMPANY; and DEFENDANTS A, B.,C, and D, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

COME NOW W. Lee Gresham, III and Fred R. DeLeon of the law firm of Environmental Litigation Group, P.C. and hereby enter an appearance as additional counsel of record for the Plaintiff in the above-styled case. The undersigned request that copies of all future pleadings, notices, and other case-related information be served upon them.

**/s/ W. Lee Gresham, III**
W. Lee Gresham, III (GRE054)

**/s/ Fred R. DeLeon**
Fred R. DeLeon (DEL021)

OF COUNSEL:
ENVIRONMENTAL LITIGATION GROUP, P.C.
3529 7th Avenue South
Birmingham, Alabama 35222
Telephone:   (205) 328-9200
Facsimile:    (205) 328-9456
wlg@elglaw.com (Gresham e-mail)
fdr@elglaw.com   (DeLeon e-mail)

CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 17th day of April, 2006, electronically filed the foregoing Notice of Appearance with the Clerk of this Court using CM/ECF system which will send notice of such filing to the following attorneys of record:

/s/ W. LEE GRESHAM, III (GRE054)

/s/ FRED R. DELEON (DEL021)

For Pactiv Corporation:
H. Thomas Wells, Jr.
John A. Earnhardt
Maynard, Cooper & Gale, P.C
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

For Louisiana-Pacific Corporation:
Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101


cc:   W. Eason Mitchell
      Colon Law Firm
      P.O. Box 866
      Columbus, MS 39703