State of Alabama

County of Covington

## AFFIDAVIT

My name is Sara Katherine Thompson and I reside at 21197 Catawba Street, Lockhart, AL 36455. I am the widow and former wife of Royce Earl Thompson who was born November 22, 1950. Royce died of cardio-respiratory failure due to metastatic lung and liver cancer on June 18, 2005.

I am familiar with Royce's residences for most of his life. He lived 8 Seminole Street in Lockhart, Alabama, prior to 1981, and then in 1981 moved to 21197 Catawba Street where he lived until the time of his death.

Royce died a few months after learning that he had cancer. I had no suspicion and Royce had no knowledge or any reason to suspect that the chemicals from the Louisiana-Pacific wood treatment facility caused his illness and death. I now believe that the chemicals which were released into the environment at the Louisiana-Pacific facility caused Royce's illness and death. Royce lived and worked in the

Florala/Lockhart vicinity, but was not an employee of Louisiana-Pacific. He was not employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility. I know of no other hazardous or toxic chemicals that would have caused his death. Neither I nor Royce Thompson knew that the chemicals which were released into the environment from the Louisiana-Pacific facility caused or promote cancer.

*Sara Katherine Thompson*
SARA KATHERINE THOMPSON

Sworn to and subscribed before me this __10__ day of __April__, 2006.

*Wendy W. Allen*
NOTARY PUBLIC

My Commission Expires: 9-13-08

45335.wpd