State of Mississippi

County of DeSoto

# AFFIDAVIT

My name is Carlton Dukes and I reside at 1704 Hughes Street, Florala, Alabama.

I remember an unusual occurrence which happened in early to mid-January, 2005. I am familiar with the location of the former Louisiana-Pacific wood treatment facility in Lockhart, Alabama. The town of Florala and the town of Lockhart are right next to each other in southern Covington County.

The event I remember in January, 2005, occurred when I went to the Louisiana-Pacific office which remains at their former wood treatment facility which has been closed. I went to see my friend Wayne Grainger who is a security guard at the closed mill. When I got there I noticed a full-size brown automobile with Texas license plates. When I went inside to see my friend, I saw two sort of big guys cleaning out paperwork. The two men were putting documents in boxes. The present L-P office is a small building

and I could see them plainly through the doorway and for all practical purposes was in their presence. I asked Wayne Grainger who the guys were and said something like, "Who are these guys?" and he told me that they were there from L-P cleaning out paperwork to be shredded or disposed of. This was said to me in their presence. I had a short conversation with Wayne and left because they appeared to be working and busy.

_____
CARLTON DUKES

Sworn to and subscribed before me this 31st day of March, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

9-25-2009

44895.wpd

