# SEVERN TRENT LABORATORIES, INC.
## PRELIMINARY DATA SUMMARY

---
The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.
---

```
                        Soil Water Air Protection Enterprise                    PAGE    18
Lot #:  G6C040214                Creosote Sites            Date Reported:    3/27/06
```

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|

**Client Sample ID: 21967 LOCKHART**
Sample #: 009   Date Sampled: 03/03/06 09:25   Date Received: 03/04/06   Matrix: SOLID

Dibenzodioxins and Dibenzofurans, HRGC/HRMS                                              Reviewed

J  Estimated result. Result is less than the reporting limit.

8270C (SIM)                                                                               In Review

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|
| Acenaphthene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Acenaphthylene | 23000 J | 52000 | ng/kg | SW846 8270C SIM |
| Anthracene | 43000 J | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(a)anthracene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(b)fluoranthene | 430000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(k)fluoranthene | 340000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(ghi)perylene | 320000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(a)pyrene | 31000 J | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(e)pyrene | 34000 J | 52000 | ng/kg | SW846 8270C SIM |
| Chrysene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Dibenz(a,h)anthracene | 37000 J | 52000 | ng/kg | SW846 8270C SIM |
| Fluoranthene | 930000 | 52000 | ng/kg | SW846 8270C SIM |
| Fluorene | 17000 J | 52000 | ng/kg | SW846 8270C SIM |
| Indeno(1,2,3-cd)pyrene | 230000 | 52000 | ng/kg | SW846 8270C SIM |
| 2-Methylnaphthalene | 19000 J | 52000 | ng/kg | SW846 8270C SIM |
| Naphthalene | 28000 J | 52000 | ng/kg | SW846 8270C SIM |
| Phenanthrene | 690000 | 52000 | ng/kg | SW846 8270C SIM |
| Pyrene | 640000 | 52000 | ng/kg | SW846 8270C SIM |

Results and reporting limits have been adjusted for dry weight.
J  Estimated result. Result is less than RL.

8270C (SIM)                                                                               In Review
            IN PROGRESS

Inorganic Analysis                          Soil                                         Reviewed
  Method for Determination        4.2       0.10       %         ASTM D 2216-90
    of Water Content of Soil

(Continued on next page)

## SEVERN TRENT LABORATORIES, INC.
## PRELIMINARY DATA SUMMARY

---

The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.

---

Soil Water Air Protection Enterprise   PAGE   17
Lot #:  G6C040214                Creosote Sites         Date Reported:   3/27/06

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|
| **Client Sample ID: 21967 LOCKHART** | | | | |
| Sample #: 009  Date Sampled: 03/03/06 09:25  Date Received: 03/04/06  Matrix: SOLID | | | | |
| ICP-MS (6020) | | | | Reviewed |
| Arsenic | 261 | 0.21 | mg/kg | SW846 6020 |
| Chromium | 25.2 | 0.21 | mg/kg | SW846 6020 |
| Copper | 44.7 | 0.21 | mg/kg | SW846 6020 |

Results and reporting limits have been adjusted for dry weight.

| Dibenzodioxins and Dibenzofurans, HRGC/HRMS | | | | Reviewed |
|---|---|---|---|---|
| 2,3,7,8-TCDD | 4.5 | | pg/g | SW846 8290 |
| Total TCDD | 65 | | pg/g | SW846 8290 |
| 1,2,3,7,8-PeCDD | 51 | | pg/g | SW846 8290 |
| Total PeCDD | 380 | | pg/g | SW846 8290 |
| 1,2,3,4,7,8-HxCDD | 110 | | pg/g | SW846 8290 |
| 1,2,3,6,7,8-HxCDD | 350 | | pg/g | SW846 8290 |
| 1,2,3,7,8,9-HxCDD | 340 | | pg/g | SW846 8290 |
| Total HxCDD | 2700 | | pg/g | SW846 8290 |
| 1,2,3,4,6,7,8-HpCDD | 7100 D | | pg/g | SW846 8290 |
| Total HpCDD | 13000 | | pg/g | SW846 8290 |
| OCDD | 39000 D | | pg/g | SW846 8290 |
| 2,3,7,8-TCDF | 34 CON | | pg/g | SW846 8290 |
| Total TCDF | 130 | | pg/g | SW846 8290 |
| 1,2,3,7,8-PeCDF | 49 | | pg/g | SW846 8290 |
| 2,3,4,7,8-PeCDF | 73 | | pg/g | SW846 8290 |
| Total PeCDF | 440 | | pg/g | SW846 8290 |
| 1,2,3,4,7,8-HxCDF | 340 | | pg/g | SW846 8290 |
| 1,2,3,6,7,8-HxCDF | 180 | | pg/g | SW846 8290 |
| 2,3,4,6,7,8-HxCDF | 150 | | pg/g | SW846 8290 |
| 1,2,3,7,8,9-HxCDF | 4.6 J | | pg/g | SW846 8290 |
| Total HxCDF | 3200 | | pg/g | SW846 8290 |
| 1,2,3,4,6,7,8-HpCDF | 4600 D | | pg/g | SW846 8290 |
| 1,2,3,4,7,8,9-HpCDF | 76 J,D | | pg/g | SW846 8290 |
| Total HpCDF | 8200 | | pg/g | SW846 8290 |
| OCDF | 2200 D | | pg/g | SW846 8290 |

Results and reporting limits have been adjusted for dry weight.
D  Result was obtained from the analysis of a dilution.
CON Confirmation analysis.

(Continued on next page)