IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased,  )<br>)<br>Plaintiff,                         )<br>)<br>v.                                )<br>)<br>PACTIV CORPORATION and             )<br>LOUISIANA-PACIFIC CORPORATION,     )<br>)<br>Defendants.                       ) | CASE NO. 2:06-CV-85-WKW |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 17, 2006**, why the following motions filed by the plaintiff should not be granted:

1. Motion to Consolidate (Doc. # 23);

2. Motion to Allow Amended Complaint (Doc. # 25).

DONE this the 27th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE