IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:06-CV-85-WKW |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, ) ) ) ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that a status conference is scheduled for May 23, 2006, at 4:00 p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this the 12th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE