IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SARAH K. THOMPSON, as Administratrix of  )
the Estate of ROYCE THOMPSON, deceased,  )
                                            )
        Plaintiff,                       )
                                            )
        v.                                )         CASE NO. 2:06-CV-85-WKW
                                            )
PACTIV CORPORATION and          )
LOUISIANA-PACIFIC CORPORATION,   )
                                            )
        Defendants.                   )

**O R D E R**

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen

and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #32) filed on May 11, 2006, it is

hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of May, 2006.


                              /s/  W.  Keith Watkins
                     UNITED STATES DISTRICT JUDGE