IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased, )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>PACTIV CORPORATION and    )<br>LOUISIANA-PACIFIC CORPORATION,    )<br>)<br>Defendants.    ) | CASE NO. 2:06-CV-85-WKW |

## ORDER

Upon consideration of Plaintiff's Motion to Allow Amended Complaint (Doc. # 25), and for good cause shown, it is ORDERED that the motion is GRANTED. The Clerk is DIRECTED to docket the Amended Complaint attached to said motion accordingly.

Notwithstanding the amendment of the complaint, the parties are DIRECTED to be prepared to argue the pending motions. Arguments will be heard at the status conference, which has been set for May 23, 2006, at 4:00 p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this the 18th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

Case 2:06-cv-00085-LES-CSC     Document 39     Filed 05/18/2006     Page 2 of 2