**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 22, 2006

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Thompson v. TMA Forest Products Group et al

**Case Number:**   2:06-cv-00085-WKW

**This Notice of Correction was filed in the referenced case this date to add the corrected PDF documents for Exhibits A & B previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 38 Exhibits A & B filed on   May 18, 2006**