**<u>MINUTES</u>**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. <u>KEITH WATKINS,</u> JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED <u>MAY 23, 2006</u> | AT <u>4:00</u> A.M./P.M. |
| DATE COMPLETED <u>MAY 23, 2006</u> | AT <u>4:50</u> A.M./P.M. |

| | | |
|---|---|---|
| SARAH K. THOMPSON | ) | Civil Action No. |
| | ) | 2:06cv85-WKW |
| vs. | ) | |
| | ) | |
| PACTIV CORPORATION, ET AL. | ) | |

| <u>PLAINTIFF(S)/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| Atty. Gregory Andrews Cade | X | Atty. Douglas Arnold |
| Atty. William Eason Mitchell | X | Atty. Dennis Bailey |
| Atty. Robert Leslie Palmer | X | Atty. Laura Proctor |
| | X | Atty. Bernard Taylor |
| | X | Atty. Orlyn Lockard |
| | X | |
| | X | |

<u>COURT OFFICIALS PRESENT:</u>

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Deputy | Law Clerk | Court Reporter |

<u>COURTROOM PROCEEDINGS:</u>

STATUS CONFERENCE

| | |
|---|---|
| 4:00 | Status Conference commenced. Introduction of attorneys and review of parties;<br>Court advised by counsel that these cases will have two defendants only - Pactiv Corporation and Louisiana-Pacific Corporation.<br>Parties agree there are no distinctives other than damages; parties also agree that the agreed motion to dismiss will dispose of the motion to dismiss D&D Lumber Company and that the motion to dismiss includes the motion to strike and request for entry of default.<br>Continuing conduct issues debated by both parties;<br>Court advises parties they are allowed to amend the complaint to allege wrongful death claims.<br>Parties advised by Court that cases will be consolidated for discovery purposes only and that Magistrate Judge Charles S. Coody will handle these issues;<br>Orders to issue concerning pending motions; |
| 4:50 | Conference concluded. |