IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-CV-85-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

It is ORDERED that Defendants shall have until 5:00 p.m. on Friday, May 26, 2006, to inform the Court of any consolidation (for discovery only) issues not addressed at the May 23, 2006 status conference.

DONE this the 24th day of May, 2006.

                                            /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE