IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH K. THOMPSON, as Administratrix of the Estate of ROYCE THOMPSON, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PACTIV CORPORATION, a/k/a PACTIV, and )<br>LOUISIANA-PACIFIC CORPORATION, )<br>)<br>)<br>Defendants. )<br>) | Civil Action No.<br>2:06-CV-00085-WKW |

**CONSENT SCHEDULING ORDER ON
EXPEDITED DEPOSITIONS**

It appearing to the Court that the parties, through their respective undersigned counsel, have agreed on tentative dates for completing expedited depositions of the individuals identified in "Plaintiffs' Selection of Ten Witnesses," filed May 25, 2006; and

It further appearing to the Court that the parties agree to work together in good faith to complete all depositions by September 22, 2006;

IT IS THEREFORE HEREBY ORDERED that the Parties will make good faith efforts to adhere to the following schedule:

(1)     Discovery depositions of Plaintiffs Gail Tatum, Kandy Creech, Dorothy DeVaughn, Sherri Davis, Sandra Cobb, and Deborah Ann Reynolds will be taken during the week of July 10, 2006.  Defendants will make every effort to take no longer than 1/2 day to complete each of these discovery depositions; and

(2)     Preservation depositions of Plaintiffs Gail Tatum, Kandy Creech, Dorothy DeVaughn, Sherri Davis, Sandra Cobb, and Deborah Ann Reynolds will be taken during

ATL01/12253033v1

2

the week of July 24, 2006.  Plaintiffs anticipate not taking longer than two hours to complete their portion of each of the preservation depositions; and

  (3) Discovery depositions of John "Buck" Roberts, Jacky Partridge, Carlton Dukes, and Roy Ezell will be taken during the weeks of August 14 and 21, 2006; and

  (4) Preservation depositions of John "Buck" Roberts, Jacky Partridge, and Roy Ezell will be taken during the weeks of September 4 and 11, 2006.


  So ORDERED this _____ day of _____, 2006.


               _____
               Hon. William Keith Watkins


CONSENTED TO BY:

/s/ W. Eason Mitchell
W. Eason Mitchell (MIT 020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Tel: (662) 327 - 0903
Fax: (662) 329-4832

*Counsel for Plaintiffs*

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
E. Bryan Nichols
Alabama Bar No. NIC036
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com
bnichols@maynardcooper.com

*Counsel for Defendant Pactiv Corporation*

/s/ Bernard S. Taylor
Bernard S. Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)


Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

*Counsel for Defendant Louisiana-Pacific
    Corporation*

4

ATL01/12253033v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon, Jr.

Robert Leslie Palmer

W. Lee Gresham, III

Dennis R. Bailey

R. Austin Huffaker

Laura Proctor

H. Thomas Wells, Jr.

John A. Earnhardt

E. Bryan Nichols

John C. Berghoff, Jr.

Mark R. TerMolen

Matthew C. Sostrin

/s/ Orlyn O. Lockard, III
Of Counsel