IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, *et al*, ) ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court are the following motions to allow the plaintiff to send disputed material to the Magistrate Judge for an *in camera* inspection in the following cases.

*2:06cv84-LES, Phillips v. Pactiv Corp., et al.,* Doc. # 52

*2:06cv85-LES, Thompson v. Pactiv Corp., et al.,* Doc. # 55

*2:06cv188-LES, Douglas v. Pactiv Corp., et al.,* Doc. # 57

*2:06cv189-LES, Thompson v. Pactiv Corp., et al.,* Doc. # 56

*2:06cv190-LES, Kelley v. Pactiv Corp., et al.,* Doc. # 55

*2:06cv190-LES, Kelley v. Pactiv Corp., et al.,* Doc. # 61

On July 5, 2006, the court granted the motions for *in camera* inspection in three cases and the material was subsequently delivered to the court. Accordingly, upon consideration of the motions, and for good cause, it is

ORDERED that the motions to allow the plaintiff to send disputed material to the Magistrate Judge for an *in camera* inspection in the above-reference cases be and are hereby

DENIED as moot.

    Done this 12th day of July, 2006.

                                            /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE