**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 31, 2006

# NOTICE OF ERROR

To:    All Counsel of Record

Case Style:   Thompson v. Pactiv Corporation et al

Case Number:    2:06-cv-00085-LES

**Referenced Pleading:    Motion to withdraw
Docket Entry Number:    65**

**The referenced pleading was filed on \*\*July 28,2006\*\*\* in this case and
is hereby STRICKEN as a duplicate docket entry with an erroneous PDF document attached.**

**Parties are instructed to disregard #65 docketing entry, which has been stricken from the record as a docketing error.  Parties also directed to refer only to Docket Entry 66, which is correction docketed by E-filer.**