**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 27, 2006

# NOTICE OF ERROR

**To:       All Counsel of Record**

**Case Style:   Thompson v. Pactiv Corporation et al (MEMBER CASE)**

**Case Number:    2:06-cv-00085-LES-CSC**

**Referenced Pleadings:    Motion to dismiss   and   Answer**
**Docket Entry Numbers:    71 & 72**

**The referenced pleadings were filed on \*\*\*December 22, 2006\*\*\* in this case and are hereby STRICKEN as an erroneous docket entry.   Pursuant to the consolidation order entered in this case, all future pleadings are only to be filed in the lead case 2:06cv83-LES. Parties are instructed to disregard #71 & 72 docketing entries, which have been stricken from the record as docketing errors.**